UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                        CASE NO. 05 B 00319
    TANYA WALLS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-2014
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/05/2005 and was confirmed 03/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  97.47% from remaining funds.

     The case was converted to chapter 7 after confirmation 01/18/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CRESCENT RECOVERY LLC | SECURED | 1500.00 | .00 | 1500.00 |
| CRESCENT RECOVERY LLC | UNSECURED | 2801.74 | .00 | 704.35 |
| BANK OF NEW YORK | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF NEW YORK | MORTGAGE ARRE | 4816.66 | .00 | 4816.66 |
| ARONSON FURNITURE | UNSECURED | 800.32 | .00 | 201.20 |
| BALLYS | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 2510.00 | .00 | 631.03 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ACCEPTANCE CORP | UNSECURED | 4078.82 | .00 | 1025.41 |
| ILLINOIS DEPT PUBLIC AID | UNSECURED | 3916.00 | .00 | 984.49 |
| INSTANT CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| MCI RESIDENTIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MONTGOMERY WARDS | UNSECURED | NOT FILED | .00 | .00 |
| OLIVE HARVEY COLLEGE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| PULLMAN BANK & TRUST | UNSECURED | NOT FILED | .00 | .00 |
| SANTA BARBARA BANK & TRU | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| ARONSON FURNITURE | SECURED NOT I | 34.00 | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | 89.63 | .00 | 16.16 |
| GLENDA J GRAY | DEBTOR ATTY | 1,894.00 | | 1,894.00 |
| TOM VAUGHN | TRUSTEE | | | 656.57 |
| DEBTOR REFUND | REFUND | | | 6.86 |

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 12,436.73 | |
| PRIORITY | | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 00319 TANYA WALLS

```
SECURED                                                   6,316.66
UNSECURED                                                 3,562.64
ADMINISTRATIVE                                            1,894.00
TRUSTEE COMPENSATION                                        656.57
DEBTOR REFUND                                                 6.86
                        ----------------    ----------------
TOTALS                       12,436.73           12,436.73
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 04/02/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE